# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 20, 2019

158430

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v

THOMAS RAY GRINNELL, JR.,
          Defendant-Appellant.

SC: 158430
COA: 335990
Macomb CC: 2015-004463-FC

_____/

      On order of the Court, the application for leave to appeal the July 24, 2018 judgment of the Court of Appeals is considered. We DIRECT the Macomb County Prosecuting Attorney to answer the application for leave to appeal within 28 days after the date of this order.

      The application for leave to appeal remains pending.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 20, 2019



Clerk

p0313